```
 1  LISA M. BERTAIN, CASB NO. 124646
    ATLANTIS TILLMAN LANGOWSKI, CASB NO. 224051
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 4  Telephone:  (415) 398-6000
    Facsimile:   (415) 981-0136
 5
    Attorneys for Defendants
 6  MILLS COLLEGE, MILLS COLLEGE
    BOARD OF TRUSTEES, JANET
 7  HOLMGREN, JOANNA IWATA and
    ELIZABETH BURWELL
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOIRE BRUIN, | Case No. C 06-05209 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND ADR CERTIFICATION BY PARTIES AND COUNSEL |
| vs. | |
| MILLS COLLEGE, MILLS COLLEGE BOARD OF TRUSTEES, JAN HOLMGREN, in her individual and official capacities; JOAN IWATA, in her individual and official capacities; ELIZABETH BURWELL, in her individual and official capacities; and DOES 1 through 25, | |
| Defendants. | |

Plaintiff and Defendant Mills College stipulate to participate in the following ADR process:

Private mediation through an agreed provider via agreed mediation procedures. The parties agree to hold the ADR session by March 9, 2007.

With respect to the Board of Trustees, Plaintiff has agreed to dismiss this defendant.

With respect to the individual defendants Janet Holmgren, Joanna Iwata and Elizabeth Burwell ("Individual Defendants"), counsel are meeting and conferring

1 | about possible dismissal. If the Individual Defendants are not dismissed (either by
2 | stipulation or by motion) then the Individual Defendants agree to participate in the
3 | following ADR process:
4 |     Private mediation through an agreed provider via agreed mediation
5 | procedures. The Individual Defendants agree to hold the ADR session by March 9, 2007.

8 | DATED: November 9, 2006

/s/ Fania E. Davis
FANIA E. DAVIS
MOORE AND MOORE
Attorneys for Plaintiff
MOIRE BRUIN

13 | DATED: November 9, 2006

/s/ Lisa M. Bertain
LISA M. BERTAIN
ATLANTIS TILLMAN LANGOWSKI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
MILLS COLLEGE, MILLS COLLEGE
BOARD OF TRUSTEES, JANET
HOLMGREN, JOANNA IWATA and
ELIZABETH BURWELL

**IT IS SO ORDERED:** Private mediation must be completed by March 7, 2007.

Dated: November 13, 2006

_____
Judge William Alsup
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L. R. 16 and ADR L. R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California", or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: November 9, 2006         /s/ Moire Bruin
                                MOIRE BRUIN, Plaintiff

DATED: November 9, 2006         /s/ Fania Davis
                                FANIA DAVIS, Counsel for Plaintiff

DATED: November 9, 2006         /s/ Robin Isenberg
                                Representative of Defendant MILLS COLLEGE

DATED: November 9, 2006         /s/ Janet Holmgren
                                Defendant JANET HOLMGREN

DATED: November 9, 2006         /s/ Elizabeth Burwell
                                Defendant ELIZABETH BURWELL

DATED: November 9, 2006         /s/ Joanne Iwata
                                Defendant JOANNA IWATA

DATED: November 9, 2006         /s/ Lisa M. Bertain
                                LISA M. BERTAIN, Counsel for Defendant MILLS COLLEGE, MILLS COLLEGE BOARD OF TRUSTEES, JANET HOLMGREN, JOANNA IWATA and ELIZABETH BURWELL