| | |
|---|---|
| 1 | LISA M. BERTAIN, CASB NO. 124646 |
| | ATLANTIS TILLMAN LANGOWSKI, CASB NO. 224051 |
| 2 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 3 | Four Embarcadero Center, Suite 1500 |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 398-6000 |
| | Facsimile: (415) 981-0136 |
| 5 | Attorneys for Defendants |
| | MILLS COLLEGE, JANET HOLMGREN, |
| 6 | JOANNA IWATA and ELIZABETH BURWELL |

FANIA E. DAVIS, CASB NO. 87268
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

DARRYL PARKER, CASB NO. 95914
PREMIER LAW GROUP
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorneys for Plaintiff
MOIRE BRUIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOIRE BRUIN, | ) | Case No. C 06-05209 WHA |
| Plaintiff, | ) | |
| vs. | ) | **Stipulation and** ~~Proposed~~ **Order to Continue Mediation Deadline** |
| MILLS COLLEGE, JAN HOLMGREN, in her individual and official capacities; JOAN IWATA, in her individual and official capacities; ELIZABETH BURWELL, in her individual and official capacities; and DOES 1 through 25, | ) | Complaint Filed: August 24, 2006 |
| | ) | First Amended Complaint Filed: November 20, 2006 |
| Defendants. | ) | Second Amended Complaint Filed: December 6, 2006 |

- 1 -
STIPULATION AND PROPOSED ORDER TO CONTINUE MEDIATION DEADLINE

SF451103

1    WHEREAS, pursuant to this Court's December 7, 2006 Case Management Order, Plaintiff MOIRE BRUIN ("Plaintiff") and Defendants MILLS COLLEGE, JANET HOLMGREN, JOANNA IWATA and ELIZABETH BURWELL ("Defendants") (collectively the "Parties") were to have completed mediation by March 30, 2007;

    WHEREAS the Parties are cooperating and working diligently towards completion of certain discovery the parties deem necessary for mediation, namely the depositions of Ms. Bruin and Ms. Iwata.

    WHEREAS, the Parties due to scheduling conflicts are unable to proceed with these depositions before March 30, but have scheduled those depositions for April 19, 2007 and April 25, 2007, respectively;

    WHEREAS the Parties believe that mediation without having conducted these depositions would be premature; and

    WHEREAS the Parties have agreed to a mediation date of April 26, 2007 in order to allow these depositions to proceed;

    IT IS HEREBY STIPULATED by the Parties through their respective attorneys of record, that the March 30, 2007 mediation deadline be continued to April 30, 2007.

DATED: March 12, 2007

/s/ Fania E. Davis
FANIA E. DAVIS
MOORE AND MOORE
Attorneys for Plaintiff
MOIRE BRUIN

DATED: March 12, 2007

/s/ Lisa M. Bertain
LISA M. BERTAIN
ATLANTIS TILLMAN LANGOWSKI
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MILLS COLLEGE, JANET HOLMGREN,
JOANNA IWATA and ELIZABETH
BURWELL

## ORDER

GOOD CAUSE BEING SHOWN, IT IS ORDERED that:

The mediation deadline currently set for March 30, 2007 be continued by Order of this Court to April 30, 2007.

IT IS SO ORDERED.

DATED: March 13, 2007

THE HONORABLE WILLIAM H. ALSUP
Judge of the U.S. District Court