United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOIRE M. BRUIN,

    Plaintiff,

v.

MILLS COLLEGE, MILLS COLLEGE BOARD OF TRUSTEES, JAN HOLMGREN, in her individual and official capacities, JOAN IWATA, in her individual and official capacities, ELIZABETH BURWELL, in her individual and official capacities, and DOES 1 through 25,

    Defendants.
                                 /

No. C 06-05209 WHA

**ORDER RE REQUEST TO EXCUSE PERSONAL ATTENDANCE AT MEDIATION**

    The Court has received defendants' request that Janet Holmgren be excused from personally attending mediation scheduled for April 26, 2007. Plaintiff should file a response to the request no later than **APRIL 17, 2007, AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 16, 2007.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE