| | |
|---|---|
| 1 | LISA M. BERTAIN, CASB NO. 124646 |
| | ATLANTIS TILLMAN LANGOWSKI, CASB NO. 224051 |
| 2 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 3 | Four Embarcadero Center, Suite 1500 |
| | San Francisco, California 94111 |
| 4 | Telephone:  (415) 398-6000 |
| | Facsimile:   (415) 981-0136 |
| 5 | |
| 6 | Attorneys for Defendants |
| | MILLS COLLEGE, MILLS COLLEGE |
| 7 | BOARD OF TRUSTEES, JANET HOLMGREN, JOANNA IWATA and |
| 8 | ELIZABETH BURWELL |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MOIRE BRUIN, | ) | Case No. C 06-05209 WHA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT MEDIATION OF DEFENDANT JANET HOLMGREN |
| vs. | ) | |
| MILLS COLLEGE, MILLS COLLEGE BOARD OF TRUSTEES, JANET HOLMGREN, in her individual and official capacities; JOAN IWATA, in her individual and official capacities; ELIZABETH BURWELL, in her individual and official capacities; and DOES 1 through 25, | ) | |
| Defendants. | ) | |

Defendant JANET HOLMGREN'S Request to be Excused was timely submitted on April 12, 2007 to the above-entitled Court, the Honorable William H. Alsup presiding.

This matter having been fully considered and proof being made to the satisfaction of the Court,

///

///

///

///

- 1 -

SF452058

[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT MEDIATION OF DEFENDANT JANET HOLMGREN

1  IT IS HEREBY ORDERED THAT

2  Defendant Janet Holmgren is hereby excused from personal attendance at the
3  mediation of this matter on April 26, 2007.   Defendant Holmgren must attend the
4  mediation by telephone.

5
                            2007
6  DATED: April __17__, ~~2006~~

   IT IS SO ORDERED
   /s/ William Alsup
   Judge William Alsup

   _____
7  THE HONORABLE WILLIAM H. ALSUP

SF452058

[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT MEDIATION OF DEFENDANT
JANET HOLMGREN