```
 1  LISA M. BERTAIN, CASB NO. 124646 ATLANTIS TILLMAN LANGOWSKI, CASB NO.
    224051
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 4  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 5
    Attorneys for Defendants
 6  MILLS COLLEGE, JANET HOLMGREN,
    JOANNA IWATA and ELIZABETH BURWELL
 7

 8  FANIA E. DAVIS, CASB NO. 87268
    MOORE AND MOORE
 9  445 Bellevue Avenue, Second Floor
    Oakland, CA 94610
10  Telephone:  (510) 451-0104
    Facsimile:  (510) 451-5056
11
    DARRYL PARKER, CASB NO. 95914
12  PREMIER LAW GROUP
    3131 Elliott Avenue, Suite 710
13  Seattle, WA 98121
    Telephone:  (206) 285-1743
14  Facsimile:  (206) 599-6316

15  Attorneys for Plaintiff
    MOIRE BRUIN
16
```

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| 20 | MOIRE BRUIN, | ) Case No. C 06-05209 WHA |
|---|---|---|
| 21 | | ) |
| | Plaintiff, | ) **STIPULATION RE DISMISSAL AND** |
| 22 | | ) **ORDER THEREON** |
| 23 | vs. | ) |
| | | ) |
| 24 | MILLS COLLEGE, JANET HOLMGREN, | ) |
| | in her individual and official capacities; | ) |
| 25 | JOANNA IWATA, in her individual and official capacities; ELIZABETH | ) |
| 26 | BURWELL, in her individual and official capacities; and DOES 1 and 25, | ) |
| 27 | Defendants. | ) |
| 28 | | ) |

- 1 -

KYL_SF453228

STIPULATION RE DISMISSAL AND ORDER THEREON

1  IT IS HEREBY STIPULATED by and between Plaintiff MOIRE BRUIN
2  and Defendants Mills College ("Mills"), Janet Holmgren, Joanna Iwata and Elizabeth
3  Burwell, through their respective counsel of record, that all claims and causes of action
4  set forth in Plaintiff's Complaint on file in this action may be and are hereby dismissed
5  with prejudice.

7  DATED: June //, 2007

FANIA E. DAVIS
MOORE AND MOORE
Attorneys for Plaintiff
MOIRE BRUIN

12 DATED: June 15, 2007

LISA M. BERTAIN
ATLANTIS TILLMAN LANGOWSKI
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MILLS COLLEGE, JANET HOLMGREN,
JOANNA IWATA and ELIZABETH
BURWELL

18 IT IS SO ORDERED.

20 DATED: _June 19_____, 2007

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
Judge of the U.S. District Court

STIPULATION RE DISMISSAL AND ORDER THEREON